IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-92-607-CV





THREE POINTS, LTD., JOEL WALLERSTEIN AND IRVING WALLERSTEIN,



 APPELLANTS


vs.





FEDERAL DEPOSIT INSURANCE CORPORATION, IN ITS CORPORATE CAPACITY,


 AS ASSIGNEE OF NCNB NATIONAL BANK,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT



NO. 91-9507, HONORABLE JAMES R. MEYERS, JUDGE PRESIDING



 




PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed on Joint Motion

Filed: September 22, 1993

Do Not Publish